# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., | Case No. 16-cv-07988 |
| Plaintiffs, | **Judge Harry D. Leinenweber** |
| v. | **Magistrate Judge Young B. Kim** |
| ZHIQIANG ZHAO, et al., | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR CLARIFICATION OF ORDER

Plaintiffs Luxottica Group S.p.A. and Oakley, Inc. (collectively, "Plaintiffs"), by their counsel, respectfully move this Honorable Court for entry of an order clarifying this Court's Memorandum Order and Order [133].

Specifically, Plaintiffs seek clarification of Section D of the Order [133] pertaining to damages. [133] at pp. 16-20. This Court noted that "[t]he Court has in similar cases awarded statutory damages in the amount of $50,000.00 per mark and since as far as the Court can tell, Defendant was selling only one type of eyeglasses. Consequently, the Court awards Plaintiffs the sum of $50,000.00 for statutory damages." [133] at p. 19. S*ee also, Luxottica USA LLC v. The Partnerships, et al.*, 2015 U.S. Dist. LEXIS 78961, at *7-10 (N.D. Ill. June 18, 2015) (summary judgment and awarding $150,000 for three infringed marks).

Under the Lanham Act, statutory damages are awarded "per counterfeit mark per type of goods or services sold, offered for sale, or distributed." 15 U.S.C. § 1117(c). This Court noted that "Defendant was selling only one type of eyeglasses." This suggests that the Court awarded $50,000.00 per type of good (one type of eyeglasses), instead of per goods per trademark.

Defendant was selling eyeglasses using at least two (2) different counterfeit marks. Below is an excerpt[1] from the screenshot of Defendant's Internet store eddiestore2008, which shows Defendant's use of at least two (2) different counterfeit marks:



---

[1] The screenshot has previously been filed [66-2], and the above excerpt is page 8 of [66-2]. For the convenience of this Court, the entire screenshot is attached as Exhibit 1 to this Motion.

As confirmed below, Defendant used at least two (2) mark/good combinations:[2]

| No. | Plaintiffs' Trademarks | Covered Good | Product Offered for Sale by Defendant |
|---|---|---|---|
| 1 | OAKLEY<br>Reg. No. 1,980,039 | "cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories" | |
| 2 | ⬭<br>Reg. No. 1,984,501 | "cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories" | |

Given the statutory language, the two (2) mark/good combinations shown in the chart above, and this Court noting that it has in similar cases awarded statutory damages in the amount of $50,000.00 <u>per mark</u>, Plaintiffs respectfully seek the Court's clarification as to whether the total statutory damages award should be $50,000 per mark or $100,000 total.

---

[2] In addition to use of the two trademarks in connection with the sale of the protective case, use of the two marks in connection with the sale of sunglasess that come with the case should be considered a third and fourth use under the statutory language (for a total of 4x multiplier).

Dated this 20th day of March 2017.	Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiffs*
*Luxottica Group S.p.A. and Oakley, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of March 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in the case.

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiffs*
*Luxottica Group S.p.A. and Oakley, Inc.*