UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Luxottica Group S.p.A., et al.
                                            Plaintiff,
v.                                          Case No.: 1:16−cv−07988
                                            Honorable Harry D. Leinenweber

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 22, 2017:

MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 3/22/2017. In response to the Plaintiffs motion to clarify [ECF No. 134], the Court affirms that the amount of damages awarded is $50,000. Defendant eddiestore2008s motions to seal [ECF Nos. 103 and 124] are granted nunc pro tuncMailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.